No. 00–157. UNITED DOMINION INDUSTRIES, INC. v. UNITED STATES. C. A. 4th Cir. [Certiorari granted, *ante,* p. 1009.] Mo-

tion of the Solicitor General to dispense with printing the joint appendix granted.